


BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:11-SW-470 CKD |
| ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000723, HELD IN THE NAME OF CENTRAL VALLEY CAREGIVERS COOPERATIVE, IN AN AMOUNT UP TO $1,363,684.60, | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000954, HELD IN THE NAME OF MEDIZEN COLLECTIVE, INC., IN AN AMOUNT UP TO $218,722.80, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with

///

1

the exception that a copy of the seizure warrants will be left at the scene of the seizure.

Date: **October 17th**, 2011

*/s/ Carolyn Delaney*
CAROLYN K. DELANEY
United States Magistrate Judge