| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  KEVIN C. KHASIGIAN<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916)554-2700 | **FILED**<br>OCT 10 2012<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK |

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000723, HELD IN THE NAME OF CENTRAL VALLEY CAREGIVERS COOPERATIVE, IN AN AMOUNT UP TO AND INCLUDING $1,363,684.60, AND<br><br>ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000954, HELD IN THE NAME OF MEDIZEN COLLECTIVE, INC., IN AN AMOUNT UP TO AND INCLUDING $218,772.80,<br><br>DEFENDANTS. | 2:11-SW-00469-CKD<br>2:11-SW-00470-CKD<br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 10-10-2012

EDMUND F. BRENNAN
United States Magistrate Judge

1

Order Re: Request to Unseal Documents